*Wednesday, September 3, 1997*

## MOTION DOCKET

**97–1361. Schwartz v. Rice.**
Stark App. Nos. 95CA338 and 96CA0145.

This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's

motion for stay of the court of appeals' mandate,

IT IS ORDERED by the court that the motion for stay of the court of appeals' mandate be, and hereby is, denied, effective September 2, 1997.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.